UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DARYL W. DAVIS

CRIMINAL ACTION

NO. 06-60-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 3, 2011 (doc. 105). The defendant filed an objection which essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. no. 97) filed by petitioner, Daryl W. Davis, is DENIED.

Baton Rouge, Louisiana, this 31st day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA